**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
Todd@lcllp.com
Scott G. Braden (CA 305051)
Scott@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone: 619.762.1910
Facsimile: 858.313.1850

*Attorneys for Plaintiff and Proposed Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JACOBS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LA-Z-BOY INCORPORATED, a Michigan Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-04446-JLS-AS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Jeffrey Jacobs and Defendant La-Z-Boy Incorporated, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining claims by Plaintiff against Defendant La-Z-Boy Incorporated, and DOES 1-50 are dismissed without prejudice.

Dated: July 18, 2025

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
Scott@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:  (619) 762-1910
Facsimile:   (858) 313-1850

*Attorneys for Plaintiff and Proposed Class Counsel*

Dated: July 18, 2025

**YOKA | SMITH, LLP**

By: */s/ Christopher P. Leyel*
Christopher P. Leyel (SB# 161755)
cleyel@yokasmith.com
Walter M. Yoka (SB# 94536)
wyoka@yokasmith.com
Shauna W. Avrith (SB# 145085)
savrith@yokasmith.com
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Telephone:  (213) 427-2300
Facsimile:   (213) 427-2330

**ARNOLD & PORTER KAY SCHOLER, LLP**
James F. Speyer (SB# 133114)
James.speyer@arnoldporter.com
E. Alex Beroukhim (SB# 220722)
alex.beroukhim@arnoldporter.com
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:  (213) 243-4000
Facsimile:   (213) 243-4199

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: July 18, 2025  **LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com